RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com

Attorneys for Plaintiff Raymond Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>    Plaintiff,<br><br>  v.<br><br>WALLACE OENGA,<br><br>    Defendant. | **DECLARATION OF**<br>**RUSSELL L. WINNER**<br><br>Case No. 3:19-cv-00043-HRH |

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am the attorney for Plaintiff Raymond C. Givens in this action.

2. Attached as Exhibits A and B are true and correct copies of identically worded letters that my office sent to Defendant Wallace Oenga via Certified U.S. Mail – Return Receipt Requested. One letter was sent to Defendant's last known mailing address, which is P.O. Box 91058, Atquasuk, Alaska 99791. The other letter was sent to the address at which Defendant was served with the Complaint in this action, which is c/o 6843 O'Brien Street, Apt. B, Anchorage, Alaska 99507. *See* Exhibits 1 and 2, attached hereto.

DECLARATION OF RUSSELL L. WINNER
*Raymond C. Givens v. Wallace Oenga,*
U.S. District Court for the District of Alaska, Case No. 3:19-cv-00043-HRH      Page 1 of 2

Case 3:19-cv-00043-HRH    Document 8    Filed 03/29/19    Page 1 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

3. As of today's date, my office has yet to receive either confirmation from the U.S. Postal Service of Defendant's receipt of the letters or any response from Defendant.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated at Anchorage, Alaska, this 29th day of March, 2019.

_____
Russell L. Winner

DECLARATION OF RUSSELL L. WINNER
*Raymond C. Givens v. Wallace Oenga,*
U.S. District Court for the District of Alaska, Case No. 3:19-cv-00043-HRH        Page 2 of 2

Case 3:19-cv-00043-HRH   Document 8   Filed 03/29/19   Page 2 of 2