**WINNER & ASSOCIATES**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
900 WEST FIFTH AVENUE
SUITE 700
ANCHORAGE, ALASKA 99501-2044

RUSSELL L. WINNER
rwinner@winnerlaw.com

TELEPHONE (907) 277-9522
FACSIMILE (907) 277-4510
WEBSITE www.winnerlaw.com

March 26, 2019

**Certified Mail – Return Receipt Requested**

Wallace Oenga
PO Box 91058
Atqasuk, Alaska 99791

Re: *Givens v. Wallace Oenga,*
United State District Court for the District of Alaska,
Case No. 3:19-CV-00043-HRH

Dear Mr. Oenga:

Attached is a Notice of the Court, dated March 22, 2019, noting that the time has expired for you to file with the Court a response to the Complaint that I filed against you on behalf of Raymond Givens. The Court asked me, on behalf of Mr. Givens, to call on you to respond to the Complaint forthwith.

In response to the Court's Notice, I write to advise you that I plan to file, on Mr. Givens' behalf, an application with the Clerk of Court for the entry of your default in this case, if you or your attorney, if you have one, do not file with the Court, with a copy to me, your response to the Complaint by **April 12, 2019**. I will also file with the Court, within seven days from the entry of the Court's Notice, a copy of this letter to you.

Very truly yours,

*/s/ Russell L. Winner*
Russell L. Winner

Enclosure

cc: Raymond Givens, w/ encl., via email

**Norma Luke**

| | |
|---|---|
| **From:** | cmecfmail@akd.uscourts.gov |
| **Sent:** | Friday, March 22, 2019 3:23 PM |
| **To:** | cmecfmail@akd.uscourts.gov |
| **Subject:** | Activity in Case 3:19-cv-00043-HRH Givens v. Oenga Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 3/22/2019 at 3:23 PM ADT and filed on 3/22/2019
**Case Name:** Givens v. Oenga
**Case Number:** 3:19-cv-00043-HRH
**Filer:**
**Document Number:** 6

**Docket Text:**
**ORDER re Status of Defendants. Plaintiff to call upon the defendant to respond to the complaint forthwith, or apply to the clerk of court for entry of default, or file a brief case status report on or before seven days from the entry of this order. Signed by Judge H. Russel Holland on 3/22/19. (JLH, COURT STAFF)**

**3:19-cv-00043-HRH Notice has been electronically mailed to:**

Russell L. Winner    rwinner@winnerlaw.com, nluke@winnerlaw.com, swinner@winnerlaw.com

**3:19-cv-00043-HRH Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=3/22/2019] [FileNumber=1890779-0
] [1f4613e84a5d456219dff9b9d3cc9128776448f8833dd83cae5e1611b3cfb4d1a7b

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>                Plaintiff,<br><br>vs.<br><br>WALLACE OENGA,<br><br>                Defendant. | No. 3:19-cv-0043-HRH<br><br>C- 3/29<br>R 3/27 |

## NOTICE

Defendant has been served. The time for defendant Wallace Oenga to respond to the plaintiff's complaint has expired.

Plaintiff will please call upon the defendant to respond to the complaint forthwith, or apply to the clerk of court for entry of default, or file a brief case status report on or before seven days from the entry of this order.

DATED at Anchorage, Alaska, this __22nd__ day of March, 2019.

                                                     /s/ H. Russel Holland
                                                   United States District Judge



