IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| RAYMOND C. GIVENS | v. | WALLACE OENGA |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:19-cv-0043-HRH |

PROCEEDINGS:  ORDER FROM CHAMBERS

Plaintiff has filed a *Sealed Motion Requesting Leave to File under Seal*,[1] filed May 1, 2019. The motion is stricken for the following reasons.

Pursuant to Local Civil Rule 7.3(f)(2)(A), a motion to file a document under seal must be docketed in the public record, not filed as a sealed motion. A motion to file a document under seal must be supported by a separately filed (under seal) declaration or affidavit as specified by Local Civil Rule 7.3(f)(2)(B). In addition, please see Local Civil Rule 7.3(f)(3) - (f)(9).

At www.akd.uscourts.gov see "Local Rules and General Orders."

Plaintiff is reminded of the local rule requirement that the court must be provided with a hard copy of any document greater than 25 pages in length, including attachments, for the use of chambers. L. Civ. R. 5.4(a).

---

[1] Docket No. 13.

Order from Chambers – Motion to File under Seal — - 1 -