RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone:   (907) 277-9522
Facsimile:   (907) 277-4510
Email: rwinner@winnerlaw.com

Attorneys for Plaintiff Raymond Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>    Plaintiff,<br><br>v.<br><br>WALLACE OENGA,<br><br>    Defendant. | **MOTION TO FILE UNDER SEAL**<br><br>Case No. 3:19-cv-00043-HRH |

COMES NOW Plaintiff Raymond C. Givens, by his undersigned attorney Russell L. Winner, and moves, pursuant to Local Rule 7.3(f), to file under seal the proposed Declaration of Raymond C. Givens and sixteen exhibits attached thereto.

The instant motion is supported by the accompanying Declaration of Russell L. Winner, filed under seal, under Local Rule 7.3(f)(2)(B). The proposed Givens Declaration and its exhibits are attached as "Exhibit A" to the Winner Declaration, and are filed under seal with that declaration.

The instant motion is accompanied by a proposed order, under Local Rule 7.3(f)(4), authorizing the filing under seal of the proposed Givens Declaration and its exhibits.

MOTION TO FILE UNDER SEAL
*Raymond C. Givens v. Wallace Oenga,*
U.S. District Court for the District of Alaska, Case No. 3:19-cv-00043-HRH      Page 1 of 2

MOTION TO FILE UNDER SEAL
*Raymond C. Givens v. Wallace Oenga,*
U.S. District Court for the District of Alaska, Case No. 3:19-cv-00043-HRH      Page 1 of 2

Case 3:19-cv-00043-HRH   Document 15   Filed 05/06/19   Page 1 of 2

If so directed by the Court, Plaintiff will also file a redacted copy of the proposed Givens Declaration and its exhibits for the public record, under Local Rule 7.3(f)(7).

Dated at Anchorage, Alaska, this 6th day of May, 2019.

                         WINNER & ASSOCIATES, P.C.
                         Attorneys for the Plaintiff Raymond C. Givens

By:   s/ Russell L. Winner
       900 West Fifth Avenue, Suite 700
       Anchorage, Alaska 99501
       Phone: (907) 277-9522
       Fax: (907) 277-4510
       E-mail: rwinner@winnerlaw.com
       ABA No. 7811149

WINNER & ASSOCIATES, P.C.
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

MOTION TO FILE UNDER SEAL
*Raymond C. Givens v. Wallace Oenga,*
U.S. District Court for the District of Alaska, Case No. 3:19-cv-00043-HRH

Page 2 of 2

Case 3:19-cv-00043-HRH   Document 15   Filed 05/06/19   Page 2 of 2