IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| RAYMOND C. GIVENS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| WALLACE OENGA, | ) ) | No. 3:19-cv-0043-HRH |
| Defendant. | ) ) ) | |

O R D E R

Motion to File under Seal[1]

Plaintiff Raymond C. Givens moves, pursuant to Local Civil Rule 7.3(f), to file under seal the proposed Declaration of Raymond C. Givens and its sixteen exhibits in support of his motion for default judgment. The court being fully informed in the matter,

It is hereby ordered that the motion is granted.

On or before May 16, 2017, plaintiff shall file under seal the Declaration of Raymond C. Givens and its sixteen exhibits, along with and in support of his motion for default judgment. The basis for sealing the proposed Givens Declaration and its exhibits is that many of those exhibits state expressly that they were intended by third parties or by law to be confidential. Further, the proposed Givens Declaration discusses in chronological order the confidential and non-confidential information included in those exhibits, in

---

[1] Docket No. 15.

order to present a complete and coherent explanation of the events leading to this litigation. It would be difficult for plaintiff, and it would be confusing to the court, if plaintiff were required to file as separate pleadings the confidential and the non-confidential information.

On or before May 16, 2017, plaintiff shall file a redacted copy of the proposed Givens Declaration and its exhibits for the public record.

DATED at Anchorage, Alaska, this  8th  day of April, 2019.

/s/ H. Russel Holland
United States District Judge