RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com

Attorneys for Plaintiff Raymond Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>        Plaintiff,<br><br>  v.<br><br>WALLACE OENGA,<br><br>        Defendant. | **DECLARATION OF<br>RUSSELL L. WINNER**<br><br><br><br>Case No. 3:19-cv-00043-HRH |

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.     I am the attorney for Plaintiff Raymond C. Givens in this action. I make this declaration in support of Plaintiff's Motion for Default Judgment, filed herewith.

2.     Attached as Exhibit 1 hereto is a true and correct copy of the itemization of legal fees of Winner & Associates, P.C., billed to Plaintiff through today's date, regarding his claim for payment of attorney's fees owed to him by Defendant Wallace Oenga. All of the fees itemized in Exhibit 1 were reasonably and necessarily incurred by Plaintiff to obtain payment owned to him by Defendant. They total $62,520.00.

3.     Undersigned paid a filing fee of $400.000 to file the complaint in this action.

DECLARATION OF RUSSELL L. WINNER
*Raymond C. Givens v. Wallace Oenga,*
U.S. District Court for the District of Alaska, Case No. 3:19-cv-00043-HRH       Page 1 of 2

Case 3:19-cv-00043-HRH   Document 21   Filed 05/16/19   Page 1 of 2

4.       Undersigned counsel paid $80.00 for service of the summons and complaint on Defendant. See Document 5, filed with the Court on March 6, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of May, 2019, at Anchorage, Alaska.

s/ Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

DECLARATION OF RUSSELL L. WINNER
*Raymond C. Givens v. Wallace Oenga,*
U.S. District Court for the District of Alaska, Case No. 3:19-cv-00043-HRH                    Page 2 of 2