Raymond C. Givens
**Fees Owed by Wallace Oenga**
05/14/19

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/8/2017 | RW | Draft settlement agreement with W. Oenga, confession of judgment without action, and cease and desist letter to L. Paningona. | 3.80 300.00/hr | 1,140.00 |
| 12/11/2017 | RW | Research and draft cease and desist letter to L. Paningona. Review and revise settlement agreement and confession of judgment without action regarding W. Oenga. Emails to R. Givens regarding same. | 3.70 300.00/hr | 1,110.00 |
| 1/8/2018 | RW | Telephone conference with R. Givens regarding W. Oenga documents. | 0.30 300.00/hr | 90.00 |
| 1/10/2018 | RW | Revise draft letter to L. Paningona. Draft Addendum to letter. Revise draft Settlement Agreement. Revise draft Confession of Judgment Without Action. Forward drafts to R. Givens for his review. | 3.50 300.00/hr | 1,050.00 |
| 1/11/2018 | RW | Review email from R. Givens regarding draft documents concerning W. Oenga. Telephone conference with R. Givens regarding same. Review defamation law. Revise letter to L. Paningona. | 1.20 300.00/hr | 360.00 |
| 1/16/2018 | RW | Revise draft letter to L. Pananga, draft confession of judgment, and draft settlement agreement with W. Oenga. Research and review documents regarding same. | 2.60 300.00/hr | 780.00 |
| 1/17/2018 | RW | Research and revise draft documents regarding W. Oenga: letter to L. Paningona, Addendum to letter, Settlement Agreement with W. Oenga, and Confession of judgment. | 4.80 300.00/hr | 1,440.00 |
| 1/18/2018 | RW | Draft email to R. Givens discussing civil rules and strategy regarding W. Oenga. Telephone conference with R. Givens regarding same, and regarding modification of W. Oenga documents. | 1.30 300.00/hr | 390.00 |
| 1/19/2018 | RW | Draft revised documents regarding W. Oenga. Telephone conference with R. Givens regarding same. | 2.80 300.00/hr | 840.00 |
| 1/20/2018 | RW | Telephone conference with R. Givens regarding W. Oenga draft documents. Revise draft documents, and forward them to R. Givens for review. | 2.40 300.00/hr | 720.00 |
| 1/21/2018 | RW | Telephone conference with R. Givens regarding modifications to draft documents regarding W. Oenga. Draft revisions, and forward same to R. Givens. | 4.80 300.00/hr | 1,440.00 |
| 1/22/2018 | RW | Telephone conferences and emails with R. Givens regarding revisions to letter to L. Paningona and Settlement Agreement with W. Oenga. Research regarding same. Finalize documents. | 5.60 300.00/hr | 1,680.00 |
| 2/5/2018 | RW | Emails with R. Givens regarding status of W. Oenga's signatures. | 0.20 300.00/hr | 60.00 |
| 2/12/2018 | RW | Review letter from ICAS regarding W. Oenga. Forward letter to client. Email from L. Spaeth regarding new address for W. Oenga. | 0.30 300.00/hr | 90.00 |
| 3/12/2018 | RW | Review documents signed by W. Oenga. Emails with L. Spaeth and R. Givens regarding same. | 0.40 300.00/hr | 120.00 |
| 9/4/2018 | RW | Telephone conference with R. Givens regarding letter from L. DeWilde. Review letter. Review prior decision of Loudermilk and prior correspondence with L. DeCora. Prepare letter to L. DeWilde. Forward draft letter to R. Givens for his review. Voice message for him regarding same. | 3.40 300.00/hr | 1,020.00 |
| 9/5/2018 | RW | Emails with R. Givens regarding draft letter to DeWilde. Review documents and revise letter. | 1.80 300.00/hr | 540.00 |

**Exhibit 1
Page 1 of 5**

Raymond C. Givens
**Fees Owed by Wallace Oenga**
05/14/19

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/11/2018 | RW | Review R. Givens declaration and earlier signed documents by the Oenga heirs. | 0.70 300.00/hr | 210.00 |
| 9/12/2018 | RW | Voice message for L. DeCora. Telephone conference with R. Givens regarding status. Review letters from R. Givens to BIA/OST. | 0.50 300.00/hr | 150.00 |
| 9/22/2018 | RW | Review letter from E. Peltola of the BIA. Research Privacy Act and case law. Email to R. Givens regarding same. | 1.80 300.00/hr | 540.00 |
| 9/24/2018 | RW | Emails with R. Givens, L. Spaeth. Review and revise draft memorandum from R. Givens to the Oenga heirs regarding the current issue with the BIA. | 0.70 300.00/hr | 210.00 |
| 9/23/2018 | RW | Telephone conference with R. Givens regarding responding to A. Peltola at the BIA, and his communicating with the Oenga heirs. | 2.40 300.00/hr | 720.00 |
| 9/27/2018 | RW | Review Lease and Settlement Agreement. Prepare email to R. Givens regarding same. | 2.40 300.00/hr | 720.00 |
| 10/4/2018 | RW | Telephone conference with R. Givens regarding legal options, in light of letter from A. Peltola of the BIA and nonpayment to date by the Oengas. Research Vitale cases, and 25 U.S.C. Sec. 410. Prepare email to R. Givens summarizing same. | 2.70 300.00/hr | 810.00 |
| 10/6/2018 | RW | Research Arenas and cases following it. Prepare email to R. Givens regarding same. | 1.80 300.00/hr | 540.00 |
| 10/8/2018 | RW | Review R. Givens' draft letter to E. Peltola/BIA. Draft proposed changes and email same to R. Givens. | 0.80 300.00/hr | 240.00 |
| 10/25/2018 | RW | Review file. Telephone conference with R. Givens regarding idea of reducing his payment percentage from 25% to 20% in exchange for the Oengas agreeing he (and his heirs, if he passes away before 2038) can get paid directly from BP each year. Note to file. | 1.50 300.00/hr | 450.00 |
| 11/2/2018 | RW | Telephone conference with R. Givens regarding bringing suit in state or federal court against W. Oenga for nonpayment. Research legal issues regarding same. | 1.20 300.00/hr | 360.00 |
| 11/5/2018 | RW | Telephone conference with R. Givens regarding strategy for suit in state or federal court against W. Oenga. Research regarding same. | 1.80 300.00/hr | 540.00 |
| 11/6/2018 | RW | Research caselaw. Email and telephone conference with R. Givens regarding same, and regarding options of filing confession of judgment of W. Oenga in state court or filing suit for two years' payments in federal court, and then seeking to execute on payments owed by BP. | 3.50 300.00/hr | 1,050.00 |
| 11/8/2018 | RW | Research regarding executing against funds held by BP. Prepare email to R. Givens summarizing research. | 3.40 300.00/hr | 1,020.00 |
| 11/19/2018 | RW | Review email from R. Givens regarding arguments concerning 25 U.S.C. 410. Research in rem and quasi in rem cases. Email to R. Givens regarding same. | 2.60 300.00/hr | 780.00 |
| 11/20/2018 | RW | Research regarding spendthrift trust and estoppel against the United States. Email to R. Givens regarding same. | 2.30 300.00/hr | 690.00 |
| 11/27/2018 | RW | Telephone conference with R. Givens regarding filing suit against W. Oenga. Review email from R. Givens regarding same. | 0.30 300.00/hr | 90.00 |
| 11/29/2018 | RW | Research and analysis regarding options for suit against W. Oenga. | 3.20 300.00/hr | 960.00 |
| 11/30/2018 | RW | Prepare for and telephone conference with R. Givens regarding options for suit against W. Oenga. Emails with R. Givens regarding same. Research and review documents regarding same. | 2.50 300.00/hr | 750.00 |

**Exhibit 1**
**Page 2 of 5**

Raymond C. Givens
**Fees Owed by Wallace Oenga**
05/14/19

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/4/2018 | RW | Emails with R. Givens regarding legal strategy concerning W. Oenga. | 0.30<br>300.00/hr | 90.00 |
| 12/6/2018 | RW | Prepare email to R. Givens regarding costs. | 0.40<br>300.00/hr | NO CHARGE |
| 12/10/2018 | RW | Review emails and research from R. Givens regarding spendthrift trust argument. | 0.80<br>300.00/hr | 240.00 |
| 12/18/2018 | RW | Review documents. Research legal issues. Prepare federal court complaint against W. Oenga. | 7.50<br>300.00/hr | 2,250.00 |
| 12/19/2018 | RW | Prepare complaint against W. Oenga. Research legal issues. | 6.40<br>300.00/hr | 1,920.00 |
| 12/20/2018 | RW | Research and prepare draft complaint against Wallace Oenga. Forward same to R. Givens. | 5.70<br>300.00/hr | 1,710.00 |
| 1/2/2019 | RW | Telephone conference with R. Givens regarding draft complaint against W. Oenga. | 0.50<br>300.00/hr | 150.00 |
| 1/3/2019 | RW | Research and revise draft complaint and timeline. | 5.60<br>300.00/hr | 1,680.00 |
| 1/4/2019 | RW | Review email from R. Givens. Telephone conference with him regarding complaint against W. Oenga. Prepare notice-pleading complaint. Review draft final notice letter from R. Givens to W. Oenga. | 2.50<br>300.00/hr | 750.00 |
| 1/7/2019 | RW | Review emails from R. Givens. Prepare "notice pleading" complaint. | 1.50<br>300.00/hr | 450.00 |
| 1/8/2019 | RW | Telephone conference with R. Givens regarding "notice pleading" complaint against W. Oenga. Research same. Prepare same. Send same to R. Givens with Alaska cases regarding specific performnace. | 5.20<br>300.00/hr | 1,560.00 |
| 1/9/2019 | RW | Review and analysis regarding email from R. Givens. | 0.50<br>300.00/hr | 150.00 |
| 1/10/2019 | RW | Telephone conference with R. Givens. Revise complaint against W. Oenga. Forward same to R. Givens for review. | 3.70<br>300.00/hr | 1,110.00 |
| 1/11/2019 | RW | Telephone conference with R. Givens regarding draft complaint against W. Oenga. Attention to investigator in Utquigvik (Barrow). | 1.00<br>300.00/hr | 300.00 |
| 1/15/2019 | RW | Telephone conferences and emails looking for an "investigator" in Barrow. Emails with R. Givens regarding same. | 0.80<br>300.00/hr | 240.00 |
| 1/22/2019 | RW | Telephone conferences with R. Givens regarding finding an "investigator" to locate W. Oenga in Barrow/Utqiugvik. Attention to same. | 0.50<br>300.00/hr | 150.00 |
| 2/12/2019 | RW | Review and revise draft complaint. Email to R. Givens regarding same. Telephone conference with R. Givens regarding same. | 2.50<br>300.00/hr | 750.00 |
| 2/13/2019 | RW | Attention to finalizing complaint and federal court filing. | 0.80<br>300.00/hr | 240.00 |
| 2/14/2019 | RW | Attention to filing complaint, summons, case summary, and judicial assignment. Email to R. Givens regarding same. | 1.50<br>300.00/hr | 450.00 |
| 2/15/2019 | RW | Emails regarding issuance of summons by court, location of W. Oenga. | 0.60<br>300.00/hr | 180.00 |
| 2/21/2019 | RW | Telephone calls and inquiries regarding how to locate W. Oenga. Emails with R. Givens regarding same. | 1.00<br>300.00/hr | 300.00 |
| 2/22/2019 | RW | Telephone conferences with R. Givens regarding service of summons and complaint on W. Oenga. Research federal rules regarding same. Email to R. Givens regarding same. | 0.90<br>300.00/hr | 270.00 |

**Exhibit 1**
**Page 3 of 5**

Raymond C. Givens
**Fees Owed by Wallace Oenga**
05/14/19

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/25/2019 | RW | Review notice of the Court regarding W. Oenga failing to respond to our complaint. Draft letter to W. Oenga regarding same. Email notice and draft letter to R. Givens. | 1.20 300.00/hr | 360.00 |
| 3/26/2019 | RW | Emails with R. Givens regarding Court's and my letters to W. Oenga. Finalize letters. | 1.00 300.00/hr | 300.00 |
| 3/28/2019 | RW | Prepare our response to Court's notice regarding W. Oenga failing to respond to complaint. | 0.80 300.00/hr | 240.00 |
| 4/17/2019 | RW | Prepare request for entry of default, declaration, and proposed order. Research regarding seeking default judgment to include all relief requested in our complaint. | 3.30 300.00/hr | 990.00 |
| 4/18/2019 | RW | Telephone conference with R. Givens regarding motion for default judgment. | 0.30 300.00/hr | 90.00 |
| 4/22/2019 | RW | Research regarding default judgment and specific performance. Telephone conference with R. Givens regarding same. Further research. | 2.70 300.00/hr | 810.00 |
| 4/23/2019 | RW | Prepare declariont of R. Givens, motion and memorandum for entry of default judgment. | 7.70 300.00/hr | 2,310.00 |
| 4/24/2019 | RW | Prepare motion for default judgment, declaration of R. Givens. | 6.40 300.00/hr | 1,920.00 |
| 4/25/2019 | RW | Research regarding specific performance in a default judgment. Prepare motion for default judgment and declaration of R. Givens. | 7.20 300.00/hr | 2,160.00 |
| 4/26/2019 | RW | Prepare motion for default judgment and supporting documents. | 4.50 300.00/hr | 1,350.00 |
| 4/28/2019 | RW | Prepare motion for default judgment and supporting documents. | 4.60 300.00/hr | 1,380.00 |
| 4/29/2019 | RW | Telephone conferences and emails with R. Givens and L. Spaeth regarding revisions to motion for default judgment, OST forms, form of default judgment. Revise pleadings. | 4.40 300.00/hr | 1,320.00 |
| 4/30/2019 | RW | Telephone conferences and emails with R. Givens regarding motion for default judgment and supporting documents. Attention to filing declaration and exhibits under seal. Prepare motion and proposed order for same. Revise pleadings for motion for default judgment. | 5.40 300.00/hr | 1,620.00 |
| 5/1/2019 | RW | Attention to filing motion for leave to file under seal. Revise motion and declaration. Revise memorandum in support of motion for default judgment. | 4.80 300.00/hr | 1,440.00 |
| 5/2/2019 | RW | Telephone conference with R. Givens regarding need to refile motion to file under seal. | 0.30 300.00/hr | NO CHARGE |
| 5/6/2019 | RW | Prepare revised motion to file under seal, declaration of R. Winner to file under seal, revised proposed declaration under seal of R. Givens with exhibits to file under seal, and revised proposed order. | 2.00 300.00/hr | NO CHARGE |
| 5/8/2019 | RW | Review Court order granting our motion to file the Givens Declaration and exhibits under seal. Attention to same. | 0.50 300.00/hr | 150.00 |
| 5/10/2019 | RW | Emails with R. Givens regarding filing redaction of his declaration and exhibits. | 0.40 300.00/hr | 120.00 |
| 5/13/2019 | RW | Telephone conference with R. Givens regarding redactions of exhibits and his declaration. Review exhibits. Draft email to R. Givens with my suggested redations. | 3.30 300.00/hr | 990.00 |

**Exhibit 1**
**Page 4 of 5**

Raymond C. Givens
**Fees Owed by Wallace Oenga**
05/14/19

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/14/2019 | RW | Telephone conference with R. Givens regarding redactions to make in his declaration and its exhibits. Review redactions made by R. Givens. Emails with R. Givens regarding redactions. | 3.30 300.00/hr | 990.00 |
| 5/14/2019 | RW | Telephone conference with R. Givens regarding redactions to make in his declaration and its exhibits. Review redactions made by R. Givens. Emails with R. Givens regarding redactions. | 3.30 300.00/hr | 990.00 |
| 5/15/2019 | RW | Telephone conferences with R. Givens regarding redactions. Analysis regarding disclosure vs. confidentiality. Revise redactions, R. Givens's declaration, memorandum, proposed judgment, and my declaration. | 6.20 300.00/hr | 1,860.00 |
| 5/16/2019 | RW | Telephone conferences with R. Givens. Review and revise redactions to his declaration and exhibits. Review and revise memorandum in light of redactions. Calculate amount owed by Defendant for interest. Revise my declaration regarding my attorney's fees to R. Givens. Prepare cost bill. Finalize proposed default judgment. Prepare pleadings in firnal form for filing. | 8.30 300.00/hr | 2,490.00 |
| | | For professional services rendered | 211.10 | 62,520.00 |