CONTINGENCY FEE CONTRACT

THIS AGREEMENT, made and entered into this ___31___ day of October, 2003, by and between the undersigned, hereinafter called "Clients", and RAYMOND C. GIVENS, Attorney at Law of the Givens Law Firm hereinafter called "Attorney."

WITNESSETH:

**Exhibit 1**
**Page 1 of 8**

Case 3:19-cv-00043-HRH   Document 25-1   Filed 05/16/19   Page 1 of 8



Exhibit 1
Page 2 of 8



DATED AND SIGNED this 27λ day of October, 2003.

GIVENS LAW FIRM

By: *Raymond Givens*
RAYMOND C. GIVENS
Attorney at Law

CLIENT:





DATED AND SIGNED this 3/ day of October, 2003.

GIVENS LAW FIRM

By: /s/ Raymond Givens
RAYMOND C. GIVENS
Attorney at Law

CLIENT:



Exhibit 1
Page 4 of 8

Case 3:19-cv-00043-HRH    Document 25-1    Filed 05/16/19    Page 4 of 8



DATED AND SIGNED this _31_ day of October, 2003.

GIVENS LAW FIRM

By: _Raymond Givens_
RAYMOND C. GIVENS
Attorney at Law

CLIENT:



**Exhibit 1**
**Page 5 of 8**



DATED AND SIGNED this 31 day of October, 2003.

GIVENS LAW FIRM

By: *Raymond Givens*
RAYMOND C. GIVENS
Attorney at Law

CLIENT:





DATED AND SIGNED this 26 day of August, 2004.

GIVENS LAW FIRM

By: *[signature]*
RAYMOND C. GIVENS
Attorney at Law

CLIENT:



DATED AND SIGNED this 24 day of August, 2004.

GIVENS LAW FIRM

By: *[signature]*
RAYMOND C. GIVENS
Attorney at Law

CLIENT: