# In the United States Court of Federal Claims

No. 06-491 L

| | |
|---|---|
| WALLACE OENGA, GEORGENE SHUGLUK, LEROY OENGA, SR., MICHAEL DELIA, TONY DELIA, JOSEPH DELIA, JENNIE MILLER AND TRINITY DELIA,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES,<br>　　　　　Defendant,<br>　　and<br><br>BP EXPLORATION (ALASKA) INC., CONOCOPHILLIPS ALASKA, INC., EXXONMOBIL ALASKA PRODUCTION, INC., CHEVRON U.S.A., INC. AND FOREST OIL CORPORATION,<br>　　　　　Defendant-Intervenors. | **JUDGMENT** |

Pursuant to the Order on Motions for Reconsideration and for Entry of Judgment, filed February 8, 2011,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States the sum of $4,924,000.00.

　　　　　　　　　　　　　　　　　　　　　　　Hazel C. Keahey
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

**February 8, 2011**　　　　　By:　s/Lisa L. Reyes

　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.