CONFIDENTIAL
Term Sheet

The parties to this Term Sheet are the parties, except Kuukpik and Forest Oil, to Case No. 06-491L in the Court of Federal Claims.

What follows is a summary of the terms of the parties' settlement agreement. The parties intend to enter into a settlement agreement, amended lease, and a new lease consistent with these terms, and will work in good faith to develop and agree to such instruments.





On behalf of the Plaintiffs, Ray Givens:  *Raymond Givens*
June 23, 2011

On behalf of the United States, Jason Hill:  *[signature]*
June 23, 2011

On behalf of the Prudhoe Bay Unit, Jim Torgerson:  *[signature]*
June 23, 2011

**Exhibit 3**
**Page 2 of 2**