## CONTINGENCY FEE CONTRACT
## FIRST AMENDMENT

THIS AGREEMENT, made and entered into this 5 day of August, 2011, by and between the undersigned, hereinafter called "Clients", and RAYMOND C. GIVENS, Attorney at Law of the Givens Law Firm hereinafter called "Attorney."





DATED AND SIGNED this 5 day of August, 2011.

GIVENS LAW FIRM

By: /s/ Raymond C. Givens
RAYMOND C. GIVENS
Attorney at Law

CLIENTS:



**Exhibit 4**
**Page 2 of 2**