# Fee/Cost Reduction Agreement

**THIS AGREEMENT**, made and entered into this 24th day of May, 2012, by and between the undersigned, hereinafter called "Clients", and RAYMOND C. GIVENS, Attorney at Law of the Givens Law Firm hereinafter called "Attorney."



**Exhibit 5**
**Page 1 of 2**

[text redacted]

DATED AND SIGNED this 24th day of May, 2012.

GIVENS LAW FIRM

By: /s/ Raymond C. Givens
RAYMOND C. GIVENS
Attorney at Law

CLIENTS: [redacted]

Exhibit 5
Page 2 of 2