May 24, 2012

Kathy B. Cline, Superintendent
U. S. Department of the Interior
Bureau of Indian Affairs – Fairbanks Agency
101 12th Avenue, Room 166
Fairbanks, AK 99701

Glenda Miller
U. S. Department of the Interior
Office of the Special Trustee
3601 C Street, Suite 216
Anchorage, AK 99503

Re: Native Allotment ██████████
Wallace Oenga – ██████████
Distribution of Future Rents for 2013-2038

Dear Ms. Cline and Ms. Miller,

I write as a ███ interest holder in Native Allotment ██████████ ("Allotment") to direct the distribution of some of the funds received into my Indian Money Account (IIM account) in payment of future rents received on the lease of Allotment (Future Rents) for years 2013 [received October 2012] through ██████████.

**Directive for Partial Distribution of Future Rents Received** – I direct that ██% of **each year's rents** received on the Allotment from 2013 [paid in October, 2012] through ██████████ be first paid upon receipt to Raymond C. Givens of the Givens Law Firm in the manner he requests at the time my portion of those rents are paid into my Indian Money Account (IIM account).[1] Please make this distribution *each year without further authorization from me*, beginning with the rents for 2013 [paid in October 2012] through the rents paid for ██████████. The current OMB/OST form directing these payments is attached. After making this payment, please disburse the remaining monies in my IIM account as I otherwise direct.

If you have any questions, please contact me and my attorney Ray Givens.

Sincerely,

*Wallace Oenga*

Wallace Oenga

cc: Ray Givens
Roger Hudson, DOI Solicitor

---

OMB Control No. 1035-0004    Expiration Date: 07/31/2013    Form OST 01-004

# Individual Indian Monies (IIM)
## Instructions for Disbursement of Funds and Change of Address
Office of the Special Trustee for American Indians -- http://www.doi.gov/ost/
If you have any questions call OST at: 1 – 888 – OST – OTFM  (1–888–678–6836) TOLL FREE NUMBER

| # | Field | Entry |
|---|---|---|
| 1 | IIM ACCOUNT NUMBER OR TRIBAL ID NUMBER (If Known) | [redacted] |
| 2 | CURRENT LEGAL NAME OF ACCOUNT HOLDER | Wallace (First) / (Full Middle Name) / Oenga (Last) / Suffix (e.g. Jr.) |
|   | OTHER NAMES USED (Maiden or Also Known As, etc.) | First / Full Middle Name / Last / Suffix (e.g. Jr.) |
| 3 | DATE OF BIRTH (MM/DD/YYYY) and SOCIAL SECURITY # | [redacted] |
| 4 | CONTACT TELEPHONE NUMBERS and EMAIL ADDRESS | [redacted] |
| 5 | PAYMENT INSTRUCTIONS | [redacted] |

[✓] Other - I request that my IIM funds be disbursed as follows:
Pay to Raymond C. Givens of the Givens Law Firm [redacted] of annual rents on Native Allotment F-14632 annually for years 2012 thru [redacted]

### Third Party Payment
Complete the following *only* if you want your payment made payable to someone other than you.

Printed Name of Third Party Payee: Raymond C. Givens, Givens Law Firm

Address of Third Party Payee:
4935 116th Place SE
Street Address, PO Box, Rural Route Box

Apt. No., Building Name

Bellevue       WA        98006
City           State     Zip Code

( 425 ) 641-5949
Area Code   Telephone Number

OMB Control No. 1035-0004    Expiration Date: 07/31/2013    Form OST 01-004

# Individual Indian Monies (IIM)
## Instructions for Disbursement of Funds and Change of Address
Office of the Special Trustee for American Indians -- http://www.doi.gov/ost/
If you have any questions call OST at: 1 – 888 – OST – OTFM   (1–888–678–6836) TOLL FREE NUMBER

| | | |
|---|---|---|
| 6 | **METHOD OF PAYMENT** **Must select one option.** NOTE: The electronic transfer of your IIM funds to an OST Debit Card or Direct Deposit to your checking or savings account helps to safeguard against lost, stolen or forged checks. In addition, you will generally receive your IIM funds quicker with electronic transfer since mail time for a check will vary depending on the United States Postal Service and the destination. | ☑ Direct Deposit to (checking) or savings account  Banking Information – Attach a voided check or provide the following information:  Routing #: _____ Account #: _____  Name on the Account: Givens Law Firm  Financial Institution Name: _____  Contact Telephone Number(s): _____  Financial Institution Address: _____  **OR**  ☐ OST Debit Card  **OR**  ☐ Check  NOTE: If you want your check to be delivered to an address different than the mailing address set forth in Section 7 below, please provide your check mailing address on a separate paper. |
| 7 | **MAILING ADDRESS** NOTE: Complete this section even if you are requesting an OST Debit Card or if you are receiving your funds by Direct Deposit. | Street Address, PO Box, Rural Route Box  Apt. No., Building Name  City    State    Zip Code  ☐ Please check if this is a new address |
| 8 | **YOUR SIGNATURE OR MARK** NOTE: Your signature or mark must be witnessed. The witness must complete Section 9. | I certify that the information provided is true and correct.  _Wallace Oenga_    5-24-12  Account Holder Signature or Mark    Date |
| 9 | **WITNESS OF ACCOUNT HOLDER'S SIGNATURE OR MARK** NOTE: The witness must be age 18 or older, and must sign immediately after the Account Holder signs the document in Section 8. **The dates in Section 8 and Section 9 must be identical.** | I, the undersigned, certify that this request was signed in my presence.  _Jerald M Null_    5/24/12  Witness Signature    Date  Jerald M Reichlin  Printed Name of Witness  Address: 310 K St. Ste 200    (907) 264-6726  Street Address, Apt. No., PO Box, Rural Route    Telephone Number  Anchorage    AK    99501  City    State    Zip Code |

THIS SECTION FOR OST USE ONLY
ACCOUNT NUMBER: _____    SERVICE CENTER NUMBER: _____
DISB TICKLER/BCS NUMBER: _____    CSS NUMBER: _____

OMB Control No. 1035-0004    Expiration Date: 07/31/2013    Form OST 01-004

**Individual Indian Monies (IIM)**
**Instructions for Disbursement of Funds and Change of Address**
Office of the Special Trustee for American Indians -- http://www.doi.gov/ost/
If you have any questions call OST at: 1 – 888 – OST – OTFM   (1–888–678–6836) TOLL FREE NUMBER

### THIS SECTION FOR OST USE ONLY

**COMPLETE FOR TELEPHONE REQUESTS**

I. Telephone request received:

Date: _____ Time: _____
**Use security questions in Part II, to verify the account holder's identity.

III. OST Employee Information:

Signature: _____

Print Name: _____

Position Title: _____

Office Phone Number: _____

II. Security Question(s): When changes are requested by telephone, verify the identity by using a combination of any 2 of the following if information is available in TFAS:

☐ Social Security Number (last 4 digits or whole)
☐ Date of Birth
☐ Last Address of Record
☐ IIM Account Number
☐ Approximate Date and Amount of the Last Disbursement

NOTE: If identity is not verified, refer account holder to OST Field Office to make changes in person or by mail.

Security password verified?  ☐ Yes  ☐ Account holder has not created a security password

**COMPLETE FOR REQUESTS RECEIVED BY MAIL OR IN PERSON**

| Date Received: | Position Title: |
| Print OST Employee Name: | Signature: |

| Disbursement Authorizing Official | Date: |
| Acct Bal. _____ | Signature: |
| | Print Name: |

CSS# _____ DATE _____    SERVICE CENTER # _____

Date: _____ Prepared By _____

Approved By _____ Post QA _____

CSS Encoder _____

TFAS Verification _____

RFM AUDIT TRAIL

INITIALS _____ TRAN # _____ DATE _____

Pre Q&A/CSS Approval _____

Account # █████████

OMB Control No. 1035-0004     Expiration Date: 07/31/2013     Form OST 01-004

| Individual Indian Monies (IIM) |
| Instructions for Disbursement of Funds and Change of Address |
| Office of the Special Trustee for American Indians -- http://www.doi.gov/ost/ |
| If you have any questions call OST at: 1 – 888 – OST – OTFM  (1–888–678–6836) TOLL FREE NUMBER |

**Paperwork Reduction Act Statement:** This information is collected to manage trust fund accounts for account holders. The information is supplied to obtain or retain a benefit, which is ownership of an Individual Indian Monies (IIM) account, by authority of the American Indian Trust Fund Management Reform Act of 1994. It is estimated that responding to the request will take approximately 15 minutes to complete, including the time it takes to gather the information and fill out the form. Your information will be held confidential by the Department, except as described below in the Privacy Act Statement. If you wish to provide comments about the Form, including the accuracy of the burden estimate and any suggestions for reducing the burden, please send them to the Office of the Special Trustee for American Indians, ATTN: Office of Trust Regulations, Policies and Procedures, 4400 Masthead NE, Albuquerque, NM 87109. Note: Comments, as well as the names and addresses of individuals who submit comments, are available for public review during regular business hours. If you wish us to withhold this information, you must state this prominently at the beginning of your comment. We will honor your request to the extent allowable by law. In compliance with the Paperwork Reduction Act of 1995, as amended, the collection has been reviewed by the Office of Management and Budget (OMB). The collection has been assigned a control number and expiration date by OMB. The number is located at the top left corner of the form and the expiration date follows immediately after the control number. Please note that an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless a valid OMB control number appears on the face of the form.

**Privacy Act Statement:** This information collection document contains information that is covered under the Privacy Act of 1974, as amended, in the following system of records: OS—02, "Individual Indian Monies (IIM) Trust Funds." The primary use of this information is to manage the collection, investment, distribution, and disbursement of individual and tribal income from Indian land trust funds. Submission of the information is required to obtain the benefit of having an Individual Indian Money account. The Office of the Special Trustee for American Indians will not disclose any record containing such information without the written consent of the respondent except for the following: (1) it is needed to be sent to appropriate agencies, courts or parties for legal actions, (2) to the Dept. of Treasury so that it can make disbursements, (3) to the IRS for legally required reporting, (4) to appropriate agencies or law enforcement bodies concerning a specific potential violation of a statute or regulation, (4) to agencies or appropriate parties in the event of a breach for remediation purposes, (5) or to a party such as Congress to answer inquiries filed by the account holder. Other examples of those who may request this information are: (6) Individual Indian trust account holders, their heirs, guardians, or agents (7) Contractors, but only after ensuring that all provisions of the Privacy Act, the Trade Secrets Act, the Indian Minerals Development Act, and all other applicable laws, regulations, and policies relating to contracting and security are met, who:
  (a) provide trust and other services to beneficiaries;
  (b) provide, use, operate or facilitate various components of the system;
  (c) service and maintain the system for the Department.
Collection of your Social Security Number is authorized by 31 USC 7701.

**Exhibit 6**
**Page 5 of 5**

Case 3:19-cv-00043-HRH     Document 25-6     Filed 05/16/19     Page 5 of 5