## SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS

The parties to this Settlement Agreement and Release of all Claims ("Settlement Agreement") are: Wallace Oenga, ██████████████████████████

████████████████████████████████████████████

████████ the United States of America and any federal departments, agencies, bureaus, commissions, or other subparts, and any federal officials, employees, contractors or other agents of or persons associated with the federal government ("Defendant" or "United States"); and BP Exploration (Alaska), Inc. ("BPXA"), Chevron U.S.A., Inc., ConocoPhillips Alaska, Inc., and ExxonMobil Alaska Production, Inc. (collectively "Unit" or "Defendant-Intervenors"). The Oengas, the United States, and the Unit will collectively be referred to herein as "the Parties," and individually as a "Party," unless specifically identified otherwise.



**Exhibit 7**
**Page 1 of 34**



71023950.1 0090726-00003 — 2 —

**Exhibit 7**
**Page 2 of 34**



71022950.1 0090726-00003

— 3 —



71022950.1 0090726-00005                    — 4 —

**Exhibit 7**
**Page 4 of 34**



710229590.1 0090726-00005                    — 5 —

Exhibit 7
Page 5 of 34



71022950.1 0090726-00005 — 6 —

**Exhibit 7**
**Page 6 of 34**



71022950.1 0090726-00005        — 7 —



71022950.1 0090726-0000S

— 8 —



71022950.1 0090726-00005                    — 9 —

**Exhibit 7**
**Page 9 of 34**



71022950.1 0090726-00005

– 10 –

**Exhibit 7**
**Page 10 of 34**



71022950.1 0090726-00005        – 11 –



71022950.1 0090726-00005

— 12 —

**Exhibit 7**
**Page 12 of 34**

Case 3:19-cv-00043-HRH    Document 25-7    Filed 05/16/19    Page 12 of 34



71022950.1 0090726-00005

— 13 —



71022950.1 0090726-00005      – 14 –

**Exhibit 7**
**Page 14 of 34**



71022950.1 0090726-00005 — 15 —

**Exhibit 7**
**Page 15 of 34**



71022950.1 0090726-00005

— 16 —

**Exhibit 7**
**Page 16 of 34**



71022950.1 0090726-00005        — 17 —

**Exhibit 7**
**Page 17 of 34**



71022950.1 0090726-00005 — 18 —



**Exhibit 7**
**Page 19 of 34**



71022950.1 0090726-0000S       — 20 —

**Exhibit 7**
**Page 20 of 34**



71022950.1 0090726-00083



71022950.1 0090726-00005  — 22 —

**Exhibit 7**
**Page 22 of 34**



71022950.1 0090726-00005 — 23 —

**Exhibit 7**
**Page 23 of 34**



71022950.1 0090726-00005      – 24 –

**Exhibit 7**
**Page 24 of 34**



71022950.1 0090726-00005                    -- 25 --

Exhibit 7
Page 25 of 34

Case 3:19-cv-00043-HRH     Document 25-7     Filed 05/16/19     Page 25 of 34



**IN WITNESS WHEREOF**, the Parties enter into this Settlement Agreement. Each person signing this Settlement Agreement on behalf of a Party represents and warrants that he or she has been duly authorized to enter into this Settlement Agreement by the Party on whose behalf it is indicated that the person is signing.

FOR the ████

DATED: _5/29/12_

_Wallace Oenga_

WALLACE OENGA



**Exhibit 7**
**Page 26 of 34**



71022950.1 0090726-00005

**Exhibit 7**
**Page 27 of 34**

FOR the United States:

DATED: 3Þ MAY 2Þ12

BY: JASON A. HILL
U.S. DEPARTMENT OF JUSTICE
TITLE: TRIAL ATTORNEY

**Exhibit 7**
**Page 28 of 34**

FOR Unit:

DATED: _22 May 2012_          BP EXPLORATION (ALASKA), INC.

By: _____
Title: _____


DATED: _____          CHEVRON U.S.A. INC.

By: _____
Title: _____


DATED: _____          CONOCOPHILLIPS ALASKA, INC.

By: _____
Title: _____


DATED: _____          EXXONMOBIL ALASKA PRODUCTION INC.

By: _____
Title: _____


71022950.1 0090726-00005                    – 29 –

FOR Unit:

DATED: _____            BP EXPLORATION (ALASKA), INC.


                                 By: _____
                                 Title: _____


DATED: 5/23/2012                 CHEVRON U.S.A. INC.


                                 By: J. M. Woliver
                                 Title: Attorney-in-fact


DATED: _____            CONOCOPHILLIPS ALASKA, INC.


                                 By: _____
                                 Title: _____


DATED: _____            EXXONMOBIL ALASKA PRODUCTION INC.


                                 By: _____
                                 Title: _____

Exhibit 7
Page 30 of 34

FOR Unit:

DATED: _____       BP EXPLORATION (ALASKA), INC.


By: _____
Title: _____


DATED: _____       CHEVRON U.S.A. INC.


By: _____
Title: _____


DATED: 25 MAY·2012       CONOCOPHILLIPS ALASKA, INC.


By: BISAN AGARWAL     JKG
Title: VP COMMERCIAL ASSETS


DATED: _____       EXXONMOBIL ALASKA PRODUCTION INC.


By: _____
Title: _____

71022950.1 0090726-00005

– 29 –

FOR Unit:

DATED: _____     BP EXPLORATION (ALASKA), INC.


                           By: _____
                           Title: _____


DATED: _____     CHEVRON U.S.A. INC.


                           By: _____
                           Title: _____


DATED: _____     CONOCOPHILLIPS ALASKA, INC.


                           By: _____
                           Title: _____


DATED: 5-23-2012           EXXONMOBIL ALASKA PRODUCTION INC.


                           By: Dale Pittman
                           Title: Vice President

71022950.1 0090726-00005                   – 29 –

APPROVED AS TO FORM AND CONTENT:

DATED: _____          GIVENS LAW FIRM
                                Attorneys for the Heirs of Andrew Oenga


                                _____
                                By: Raymond C. Givens

DATED: _____          U.S. DEPARTMENT OF JUSTICE

                                Attorneys for the United States


                                _____
                                By: _____
                                Title: _____

DATED: 5/24/12                  STOEL RIVES LLP
                                Attorneys for B.P. Exploration (Alaska) Inc.,
                                Chevron U.S.A., Inc., ConocoPhillips Alaska, Inc.,
                                and ExxonMobil Alaska Production Inc.


                                _____
                                By: James E. Torgerson

**Exhibit 7**
**Page 33 of 34**

APPROVED AS TO FORM AND CONTENT:

DATED: 5/24/12

GIVENS LAW FIRM
Attorneys for the Heirs of Andrew Oenga

By: Raymond C. Givens

DATED: 30 MAY 2012

U.S. DEPARTMENT OF JUSTICE

Attorneys for the United States

By: JASON A. HILL
Title: TRIAL ATTORNEY

DATED: _____

STOEL RIVES LLP
Attorneys for B.P. Exploration (Alaska) Inc.,
Chevron U.S.A., Inc., ConocoPhillips Alaska, Inc.,
and ExxonMobil Alaska Production Inc.

By: James E. Torgerson

71022950.1 0090726-00005

**Exhibit 7**
**Page 34 of 34**