2011 Amendment to BIA Lease No. F-89-01



70977796.5 0090726-00005	1	**Exhibit 8
Page 1 of 17**

Case 3:19-cv-00043-HRH    Document 25-8    Filed 05/16/19    Page 1 of 17



70977796.5 0090726-00005
2

**Exhibit 8**
**Page 2 of 17**

Case 3:19-cv-00043-HRH    Document 25-8    Filed 05/16/19    Page 2 of 17





70977796.5 0090726-00005







70977796.5 0090726-00005

**Exhibit 8**
**Page 7 of 17**





70977796.5 0090726-00005

**Exhibit 8
Page 9 of 17**





70977796.5 0090726-00005     11

**Exhibit 8**
**Page 11 of 17**











70977796.3 0090726-00005

Exhibit 8
Page 16 of 17



70977796.5 0090726-00005     17

**Exhibit 8**
**Page 17 of 17**