U.S. Department of the Interior

Bureau of Indian Affairs

**<u>LEASE AGREEMENT</u>**

BIA Lease No. _____ (Lease Agreement)



71532003.2 0090726-00005



2



3

71532003.2 0090726-00005

Exhibit 9
Page 3 of 23



4

71532003.2 0090726-00005



5

71532003.2 0090726-00005

**Exhibit 9**
**Page 5 of 23**



71532003.2 0090726-00005

**Exhibit 9**
**Page 6 of 23**



7

71532003.2 0090726-00005

**Exhibit 9**
**Page 7 of 23**



8

71532003.2 0090726-00005

Exhibit 9
Page 8 of 23



9

71532003.2 0090726-00005

Exhibit 9
Page 9 of 23



10

71532003.2 0090726-00005

**Exhibit 9**
**Page 10 of 23**



11

**Exhibit 9**
**Page 11 of 23**



12

**Exhibit 9**
**Page 12 of 23**



71532003.2 0090726-00005

**Exhibit 9**
**Page 13 of 23**

Case 3:19-cv-00043-HRH     Document 25-9     Filed 05/16/19     Page 13 of 23



71532003.2 0090726-00005

**Exhibit 9**
**Page 14 of 23**



15

71532003.2 0090726-00005

**Exhibit 9**
**Page 15 of 23**



71532003.2 0090726-00005

**Exhibit 9**
**Page 16 of 23**



17

71532003.2 0090726-00005

**Exhibit 9**
**Page 17 of 23**



18

71532003.2 0090726-00005

**Exhibit 9**
**Page 18 of 23**



19

71532003.2 0090726-00005

**Exhibit 9**
**Page 19 of 23**



20

71532003.2 0090726-00005



71532003.2 0090726-00005

**Exhibit 9**
**Page 21 of 23**



22

71532003.2 0090726-00005



IN REPLY REFER TO:

## UNITED STATES
## DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
Alaska Region
Fairbanks Agency
US FEDERAL BUILDING/COURTHOUSE
101 12th Ave., Room 166
Anchorage, Alaska 99701
(907) 456-0229
TOLL FREE: 1-800-822-3596
FAX: (907) 456-0225

Date:    6/18/12

9 8 5    3 2 9 6

This is to certify that the attached **Lease** _____ **to Bureau of Indian**

**affairs(BIA) Allotment** ▮▮▮▮▮▮ to Restricted Indian Land between ▮

▮▮▮▮ Wallace Oenga. ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as GRANTEE(S), and <u>BP Exploration (Alaska),</u>

<u>Inc.,</u> as GRANTOR(S), is in conformity with existing laws and regulations, and all realty

records have been checked as to description, ownership, and proper identification of the

GRANTEE(S)/GRANTORS, and conformity extends to and includes all supporting documents

and other material as may be specified and required in the Code of Federal Regulations.

Approved: _6/18/12_                   _____
                                      Kathy B. Cline, Superintendent

II. G. 8.  Document Conformance, Deed Example                                  03/2010

**Exhibit 9**
**Page 23 of 23**

Case 3:19-cv-00043-HRH    Document 25-9    Filed 05/16/19    Page 23 of 23