OMB Control No. 1035-0004  Expiration Date: 07/31/2016  Form OST 01-004

## Individual Indian Monies (IIM)
## Instructions for Disbursement of Funds and Change of Address
Office of the Special Trustee for American Indians -- http://www.doi.gov/ost/
If you have any questions call OST at: 1 – 888 – OST – OTFM  (1–888–678–6836) TOLL FREE NUMBER

| # | Field | Value |
|---|---|---|
| 1 | IIM ACCOUNT NUMBER OR TRIBAL ID NUMBER (If Known) | [redacted] |
| 2 | CURRENT LEGAL NAME OF ACCOUNT HOLDER | Wallace (First) / Oenga (Last) |
|   | OTHER NAMES USED (Maiden or Also Known As, etc.) | |
| 3 | DATE OF BIRTH (MM/DD/YYYY) and SOCIAL SECURITY # | [redacted] |
| 4 | CONTACT TELEPHONE NUMBERS and EMAIL ADDRESS | [redacted] |
| 5 | PAYMENT INSTRUCTIONS | [redacted] |

[X] Other - I request that my IIM funds be disbursed as follows:
Pay $[redacted] to Raymond C. Givens of Givens Law Firm in Oct. 2013 for 2014 rents
& [redacted]% of future annual rents on Native Allotment F-[redacted] in years 2014-[redacted]

### Third Party Payment
Complete the following *only* if you want your payment made payable to someone other than you.

Printed Name of Third Party Payee: Raymond C. Givens, Givens Law Firm

Address of Third Party Payee:
302 Third Avenue South
Street Address, PO Box, Rural Route Box

Apt. No., Building Name

Kirkland — WA — 98033
City — State — Zip Code

(425) 641-5949 or 208-699-6628
Area Code — Telephone Number

Exhibit 10
Page 1 of 2

OMB Control No. 1035-0004   Expiration Date: 07/31/2016   Form OST 01-004

## Individual Indian Monies (IIM)
## Instructions for Disbursement of Funds and Change of Address
Office of the Special Trustee for American Indians -- http://www.doi.gov/ost/
If you have any questions call OST at: 1 – 888 – OST – OTFM  (1–888–678–6836) TOLL FREE NUMBER

| | | |
|---|---|---|
| 6 | **METHOD OF PAYMENT** **Must select one option.** NOTE: The electronic transfer of your IIM funds to an OST Debit Card or Direct Deposit to your checking or savings account helps to safeguard against lost, stolen or forged checks. In addition, you will generally receive your IIM funds quicker with electronic transfer since mail time for a check will vary depending on the United States Postal Service and the destination. | [X] Direct Deposit to checking or savings account  Banking Information – Attach a voided check or provide the following information: [redacted] [ ] OR    OST Debit Card  If Direct Deposit or OST Debit Card is selected, indicate the method of ACH Deposit Notification: [ ] Regular Mail [ ] Email [ ] Text [ ] No Notification  [ ] OR    Check  NOTE: If you want your check to be delivered to an address different than the mailing address set forth in Section 7 below, please provide your check mailing address on a separate paper. |
| 7 | **MAILING ADDRESS** NOTE: Complete this section even if you are requesting an OST Debit Card or if you are receiving your funds by Direct Deposit. | [redacted]  [ ] Please check if this is a new address. |
| 8 | **YOUR SIGNATURE OR MARK** NOTE: Your signature or mark must be witnessed. The witness must complete Section 9. | I certify that the information provided is true and correct.  *Wallace Clanga*   10-16-13 Account Holder Signature or Mark    Date |
| 9 | **WITNESS OF ACCOUNT HOLDER'S SIGNATURE OR MARK** NOTE: The witness must be age 18 or older, and must sign immediately after the Account Holder signs the document in Section 8. The dates in Section 8 and Section 9 must be identical. | I, the undersigned, certify that this request was signed in my presence.  [redacted]   10/16/13 Date  Address: [redacted] City   State   Zip Code |

THIS SECTION FOR OST USE ONLY

ACCOUNT NUMBER: [redacted]    SERVICE CENTER NUMBER:
DISB TICKLER/BCS NUMBER:    CSS NUMBER:

**Exhibit 10**
**Page 2 of 2**

[Notary seal: STATE OF ALASKA, My Commission Expires: March 7, 2017]

Case 3:19-cv-00043-HRH   Document 25-10   Filed 05/16/19   Page 2 of 2