# RAYMOND C. GIVENS
# GIVENS LAW FIRM
302 Third Avenue South
Kirkland, WA 98033
425-641-5949
raygivens@givenslaw.com

Invoice submitted to:

Wallace Oenga
█████████████

July 28, 2017

Invoice # 2017-3

In Reference To:    Attorney Fee Due on Contingent Contract
*Oenga v. US* Settlement
2018 rents paid in 2017
 For Professional Services Rendered

Amount Due

█% contingency fee due on 2018 rents paid in 2017     $█████

Calculation:
████████████████████████████████████████████

Due Date
This invoice is due following receipt of your lease payment from BP Exploration (Alaska) Inc., and no later than October 31, 2017

**Exhibit 13**
**Page 1 of 3**

Case 3:19-cv-00043-HRH    Document 25-13    Filed 05/16/19    Page 1 of 3

## RAYMOND C. GIVENS
## GIVENS LAW FIRM
302 Third Avenue South
Kirkland, WA 98033
425-641-5949
raygivens@givenslaw.com

Invoice submitted to:

Wallace Oenga

July 28, 2017

Invoice # 2017-3

**PAYMENT DUE ON RECEIPT OF THIS INVOICE** – November 1, 2017
Fees of $ were due on October 31, 2017.

In Reference To:    Attorney Fee Due on Contingent Contract
*Oenga v. US* Settlement
2018 rents paid in 2017
 For Professional Services Rendered

Amount Due

% contingency fee due on 2018 rents paid in 2017        $

Calculation:
$
$

Due Date
This invoice is due following receipt of your lease payment from BP Exploration (Alaska) Inc., and no later than October 31, 2017

**RAYMOND C. GIVENS**
**GIVENS LAW FIRM**
302 Third Avenue South
Kirkland, WA 98033
425-641-5949
raygivens@givenslaw.com

Invoice submitted to:

Wallace Oenga

July 28, 2017

Invoice # 2017-3

## 2nd PAST DUE NOTICE

**PAYMENT DUE ON RECEIPT OF THIS INVOICE** – December 5, 2017
Fees of $█████ were due on October 31, 2017.

In Reference To:   Attorney Fee Due on Contingent Contract
*Oenga v. US* Settlement
2018 rents paid in 2017
  For Professional Services Rendered

Amount Due

██% contingency fee due on 2018 rents paid in 2017    $█████

Calculation:
$█████
$█████

Due Date
This invoice is due following receipt of your lease payment from BP Exploration (Alaska) Inc., and no later than October 31, 2017

**Exhibit 13**
**Page 3 of 3**