# Oenga Timeline

| Date | Exhibit # | Complaint § | Givens' Affidavit § | Event |
|---|---|---|---|---|
| 10/31/2003 | 1 | 6 | 3 | **Contingency Fee Contract** signed - Oengas and Givens |
| 2003-2006 |  | 7 | 6 | **Research & Negotiation** - Givens researches facts, remedies and law, negotiates with Interior to raise rents |
| 06/2006 |  | 7 | 6 | **Complaint** filed by Givens for Oengas in Court of Federal Claims (CFC) |
| 10/22/2010 |  | 9 | 8 | **Opinion** issued by CFC |
| 02/08/2011 | 2 | 9 | 8 | **Final Decision and Judgment** issued by CFC - $4.9 million |
| 06/23/2011 | 3 | 10 | 10 | **Confidential Term Sheet** Re: settlement signed by all parties |
| 08/05/2011 | 4 | 11 | 11 | **Contingency Fee Agreement First Amendment** signed by Givens & Oengas |
| 05/24/2012 | 5 | 12 | 12 | **Fee/Cost Reduction Agreement** signed by Givens & Oengas |
| 05/24/2012 | 6 | 14 | 13 | **OST 01-004** signed by Defendant Wallace Oenga – pay Givens 25% fee each year |
| 05/30/2012 | 7 | 13 | 14 | **Settlement Agreement** signed by all parties |
| 06/18/2012 | 8, 9 | 13 | 15, 16 | **Revised Lease Agreement** – signed by all parties |
| 10/16/2013 | 10 | 14 | 17 | **OST 01-004** signed by Defendant –pay 25% fee each year |
| 10/14/2014 | 11 | 14 | 18 | **OST 01-004** signed by Defendant –pay 25% fee each year |
| 10/20/2015 | 12 | 15 | 19 | **Loudermilk Decision** – OST would make annual fee payments |
| 10/2015 |  | 16 | 20 | **OST payment** made to Givens for Defendant |
| 10/2016 |  | 16 | 20 | **OST payment** made to Givens for Defendant |
| After 10/2016 |  | 17 | 21 | **OST Fee Payment Authorization revoked** by Wallace |
| 10/2017 |  | 17 | 21 | **No fee payment** to Givens by Defendant or OST, due 10/31/17 for 2018 |
| 7/28/2017 - 12/5/2017 | 13 | 18 | 21, 22 | **Givens send invoices** to Defendant for amounts past due. |
| 02/26/2018 | 14 | 18 | 22 | **Settlement Agreement** – Defendant & Givens – past due fees to be paid by 10/31/2018, or suit. Defendant signed renewed OST authorization |
| After 02/26/2018 |  | 19 | 23 | **OST fee payment authorization revoked** by Defendant. |
| After 02/26/2018 |  | 20, 22 |  | **No fee payment** to Givens by Defendant or OST, due 10/31/18 for 2019 |
| 1/7/2010 | 15 | 22 | 26 | **Givens sends final demand letter** to Defendant. |

**Exhibit 16**
**Page 1 of 1**