IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS, )
)
               Plaintiff, )
)
vs. )
)
WALLACE OENGA, ) No. 3:19-cv-0043-HRH
)
               Defendant. )
_____)

DEFAULT JUDGMENT

The court has granted Plaintiff Raymond C. Givens' motion for entry of default judgment against Defendant Wallace Oenga.[1] Upon consideration of Plaintiff's complaint, Plaintiff's memorandum in support of motion for default judgment, and the exhibits appended to the declaration of Plaintiff,[2] the Court finds and rules as follows:

The Court has jurisdiction of this case pursuant to 28 U.S.C. § 1332. The Court has jurisdiction to enter a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202.

Defendant is not a minor, an incompetent person, or a member of the military service of the United States.

I. DECLARATORY JUDGMENT

Pursuant to 28 U.S.C. §§ 2201 and 2202, the Court declares as follows:

---

[1] Docket No. 28. The default of Defendant was entered by the Clerk of Court on April 18, 2019. Docket No. 12.

[2] Docket No. 27, Exhibits 1 through 16.

DEFAULT JUDGMENT - 1 -

1. Defendant holds an interest in restricted Native Allotment F14632, Parcel B ("Allotment"), located at Point Heald, east of Prudhoe Bay, Alaska. The Allotment is under a long-term lease to BP Exploration (Alaska), Inc. ("BP").

2. Plaintiff represented Defendant under the Contingency Fee Contract, as amended.[3] In doing so, Plaintiff succeeded in obtaining a significant increase in the rents paid by BP for its lease of the Allotment.

3. The Contingency Fee Contract, as amended, is a valid and enforceable contract. Defendant, as a signatory to that contract, is bound by its terms.

4. The 2018 Settlement Agreement[4] is a valid and enforceable contract. Defendant, as a signatory to that agreement, is bound by its terms.

5. Defendant owes to Plaintiff 25% of Defendant's share of rents paid through the term of the lease (to be paid by BP to the Bureau of Indian Affairs (BIA), Office of Special Trustee (OST), in October before each calendar year), as provided in the Contingency Fee Contract, as amended, and the 2018 Settlement Agreement.

6. Defendant is obligated under the Contingency Fee Contract, as amended, and the 2018 Settlement Agreement to direct the BIA and the OST to pay to Plaintiff, out of Defendant's Individual Indian Money ("IIM") account, from Defendant's 25% share of rent for calendar year 2020 (to be paid by BP by October 2019) the following:

   (a) the past due amount Defendant owes Plaintiff for rents paid for calendar year 2018 (paid by BP in October 2017) in the amount of $42,323.05; plus

---

[3]Docket No. 27, Exhibit 1.

[4]Docket No. 27, Exhibit 14.

(b) the past due amount Defendant owes Plaintiff for rents paid for calendar year 2019 (paid by BP in October 2018), in the amount of $43,538.38; plus

(c) accrued interest at the rate of 5% per annum on (a) and (b); plus

(d) Plaintiff's full, reasonable attorney fees in the amount of $45,060.00.

6. In addition, Defendant is obligated under the Contingency Fee Contract, as amended, and the 2018 Settlement Agreement to direct the BIA and OST to make future automatic, annual payments to Plaintiff of 25% of Defendant's share of rents to be paid by BP for calendar year 2020 through calendar year 2036.

## II. JUDGMENT FOR DAMAGES

Plaintiff shall recover from, and have judgment against, Defendant as follows:

| # | Description | Amount |
|---|---|---|
| 1. | Principal amount | $ 85,861.43 |
| 2. | Prejudgment interest on $42,323.05, computed at the annual rate of 5% from November 1, 2017, to May 16, 2019 | $ 3,252.50 |
| 3. | Additional interest accruing at $5.80 per day from May 16, 2019, to date of judgment | $ 145.00 |
| 4. | Prejudgment interest on $43,538.38, computed at the annual rate of 5% from November 1, 2018, to May 16, 2019 | $ 1,168.98 |
| 5. | Additional interest accruing at $5.96 per day from May 16, 2019, to date of judgment | $ 149.00 |
| 6. | Attorney fees | $ 45,060.00 |
| 7. | Costs | $     480.00 |
| | TOTAL JUDGMENT: | $136,116.91 |

8. Post-judgment interest rate from the
date of judgment: 5% per annum

## III. SPECIFIC PERFORMANCE

Specific performance is awarded as follows:

1. Defendant shall, by **June 24, 2019**, sign a Form OST 01-004 directing OST to pay to Plaintiff, out of the rent for calendar year 2020 (to be paid by BP by October 2019), the following: (a) the Total Judgment above, plus accrued post-judgment interest, as stated in Section II above; and (b) 25% of Defendant's share of the rent payment for calendar year 2020 (to be paid by BP by October 2019). The form shall state that the above direction by Defendant is made by order of this Court and cannot be rescinded, withdrawn, or modified except by subsequent order of this court. Immediately upon signing the form, and no later than **June 28, 2019**, Defendant shall submit it to OST, file a copy of it under seal with the Court with a notice of compliance, and serve a copy of it with the notice on Plaintiff's attorney.

2. Defendant shall, by **June 24, 2019**, sign a second Form OST 01-004 directing OST to pay to Plaintiff, out of Defendant's IIM account, from the rents received for calendar years 2021 through the end of the current lease for the Allotment (to be paid by BP by October before each such calendar year), 25% of Defendant's share of those rental payments. The form shall state that the above direction by Defendant to OST is made by order of this Court and cannot be rescinded, withdrawn, or modified except by subsequent order of this Court. Immediately upon the signing of the form, and no later than **June 28, 2019**, Defendant shall submit it to OST, file a copy of it under seal with the Court with a notice of compliance, and serve a copy of it with the notice on Plaintiff's attorney.

DEFAULT JUDGMENT - 4 -

3. If Defendant fails or refuses to comply with paragraphs 1 and 2 of Section III of this judgment, Plaintiff may apply to this Court for entry of an order enforcing this judgment pursuant to Rule 70(a), Federal Rules of Civil Procedure. If such a motion is made and granted, the Court will direct the Clerk of Court to sign a form OST 01-004, directing OST to pay Plaintiff in accordance with this judgment.

IV. CONTINUING JURISDICTION

The Court retains jurisdiction to enforce this Judgment, and to award such other relief as the Court deems just and proper.

DATED at Anchorage, Alaska, this  10th  day of June, 2019.

/s/ H. Russel Holland
United States District Judge