IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS, )
)
                Plaintiff, )
vs. )
)
WALLACE OENGA, )    No. 3:19-cv-0043-HRH
)
                Defendant. )
_____)

ORDER ENFORCING JUDGMENT

      The Court having entered the Default Judgment in favor of Plaintiff Raymond Givens and against Defendant Wallace Oenga;[1] Defendant having failed or refused to comply with the order of specific performance of that judgment;[2] Plaintiff having moved, pursuant to Rule 70(a), Federal Rules of Civil Procedure, that the Court enter an order enforcing the judgment;[3] and the Court being fully informed in the matter,

      IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk of Court, acting for and on behalf of Defendant under Rule 70(a), Federal Rules of Civil Procedure, is directed to sign the two Forms OST 01-004, which forms, along with their respective Attachments A and B, have been submitted to the Court under seal[4] by Plaintiff, directing the Office of Special Trustee ("OST"), U.S. Department of the Interior, to pay to Plaintiff

---

    [1]Docket No. 29.

    [2]Docket No. 31 at 2.

    [3]Docket No. 31.

    [4]Docket Nos. 35 and 36.

ORDER ENFORCING JUDGMENT                                                                                    - 1 -

in accordance with paragraphs 1 and 2 of Section III of the judgment. The Clerk of Court shall sign the forms at Block 8 as follows: "[Name], Clerk of Court, for Wallace Oenga, by order of the U.S. District Court for Alaska," and shall initial the forms' respective Attachments A and B. Additionally, the Clerk of Court shall sign before a witness who signs the forms at Block 9. Under Rule 70(a), such act by the Clerk of Court has the same effect as if done by Defendant.

The Court will provide to counsel for Plaintiff the original forms, with their accompanying Attachments A and B, signed and initialed by the Clerk of Court, for submission to OST, along with a certified copy of the Court's judgment and a certified copy of this order. Plaintiff shall, within seven days, file a notice of compliance with the Court.

DATED at Anchorage, Alaska, this 9th day of July, 2019.

/s/ H. Russel Holland
United States District Judge