# DOCUMENTS

1. AGREEMENT. PER PARAGRAPH 8 OF THE AGREEMENT – NO LONGER ENTITLED TO FEES ONCE HE CEASES TO REPRESENT FAMILY.

2. AUGUST 25, 2015 LETTER SHOWS FAMILY WAS UNHAPPY WITH AGREEMENT AND RAY GIVENS WAS AWARE. NEXT TO LAST PARAGRAPH ON PAGE THREE – NO REPEAT IS ITALICIZED AS IF THREATENING.

3. 2018 CORRESPONDENCE BETWEEN BIA, ATTORNEY WINNER AND RAY GIVENS. BIA ORDERS RAY GIVENS TO CEASE ANY AND ALL CONTACT WITH BP, THAT RAY GIVENS MUST REQUEST INFORMATION DIRECTLY FROM THE HEIRS. ALSO SHOWS THAT RAY GIVENS INTENDED TO CONVEY HE WAS STILL REPRESENTING THE FAMILY AND IN FACT HIS JULY 30, 2018 DOES TEND TO INDICATE THAT HE IS REPRESENTING WALLACE OENGA WHILE BY LETTER DATED SEPTEMBER 5, 2018 ATTORNEY WINNER INSISTS THAT RAY GIVENS NO LONGER REPRESENTS THE FAMILY.