ERIC GRANT, Deputy Assistant Attorney General
U.S. Department of Justice,
Environment & Natural Resources Division

JOANN KINTZ
PO Box 7611, Ben Franklin Station
Washington, DC, 20044-7611
Telephone: 202-305-0424
Facsimile: 202-305-0275
Email: joann.kintz@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND C. GIVENS,<br><br>　　Plaintiff,<br><br>v.<br><br>WALLACE OENGA,<br><br>　　Defendant. | No. 3:19-cv-00043-HRH |

**MOTION FOR LIMITED APPREARANCE BY THE UNITED STATES FOR PURPOSES OF SEEKING RECONSIDERATION**

The United States hearby moves for a limited appearance in this action for the limited purposes of seeking reconsideration of the Court's August 14, 2020, order against the Office of the Special Trustee for American Indians ("OST"), an agency of the United States and a non-party to this action, and seeking a stay pending resolution of the United States' motion for reconsideration. The United States seeks reconsideration on the basis

MOTION FOR LIMITED APPREARANCE BY THE UNITED STATES
FOR PURPOSES OF SEEKING RECONSIDERATION
Case No. 3:19-cv-00043-HRH　　　　　　　　1

Case 3:19-cv-00043-HRH　 Document 75　 Filed 08/21/20　 Page 1 of 4

that this Court does not have jurisdiction to order the relief that it did against OST—that is ordering OST to disburse funds from Defendant's Individual Indian Money account. Such limited or special appearance shall not be construed as waiving any arguments that the United States has with regard to its sovereign immunity or this Court's lack of jurisdiction. Indeed, courts have routinely recognized that a sovereign's limited appearance in legal proceedings does not waive claims to sovereign immunity. *See e.g., United States v. United States Fidelity & Guaranty Co.,* 309 U.S. 506 (1940)*; see also Oklahoma Tax Comm'n v. Citizen Band Potawatomi Tribe of Okla.,* 498 U.S. 505 (1991); *Lapides v. Bd. of Regents of Univ. Sys. of Georgia*, 535 U.S. 613, 623, (2002); *Kansas v. United States*, 249 F.3d 1213, 1220 (10th Cir. 2001); *Zych v. Wrecked and Abandoned Vessel*, 960 F.2d 665, 667-68 (7th Cir. 1992).

MOTION FOR LIMITED APPREARANCE BY THE UNITED STATES
FOR PURPOSES OF SEEKING RECONSIDERATION
Case No. 3:19-cv-00043-HRH 2

Case 3:19-cv-00043-HRH   Document 75   Filed 08/21/20   Page 2 of 4

RESPECTFULLY SUBMITTED, on August 21, 2020.

ERIC GRANT
Deputy Assistant Attorney General
U.S. Department of Justice,
Environment & Natural Resources Division

s/ *JoAnn Kintz*
JOANN KINTZ
PO Box 7611, Ben Franklin Station
Washington, DC, 20044-7611
Telephone: 202-305-0424
Facsimile: 202-305-0275
Email: JoAnn.Kintz@usdoj.gov

*Attorneys for the United States*

MOTION FOR LIMITED APPREARANCE BY THE UNITED STATES
FOR PURPOSES OF SEEKING RECONSIDERATION
Case No. 3:19-cv-00043-HRH                          3

Case 3:19-cv-00043-HRH   Document 75   Filed 08/21/20   Page 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020, a copy of the foregoing was served on:

Raymond C. Givens (electronically via the Court's CM/ECF system)

Wallace Oenga (via FedEx)

s/ JoAnn Kintz
U.S. Department of Justice

MOTION FOR LIMITED APPREARANCE BY THE UNITED STATES
FOR PURPOSES OF SEEKING RECONSIDERATION
Case No. 3:19-cv-00043-HRH               4