# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

RAYMOND C. GIVENS         v.    WALLACE OENGA

JUDGE  H. RUSSEL HOLLAND         CASE NO.   3:19-cv-0043-HRH

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The United States moves[1] for a limited appearance in this action for the purpose of seeking reconsideration of the court's August 14, 2020 order.  This motion is granted.

The court will entertain the United States' motion for reconsideration.[2]  Plaintiff shall file a response to the motion for reconsideration on or before September 15, 2020.  The United States may file a reply as long as the reply is filed within seven days of the filing of plaintiff's response.

The court's August 14, 2020 order is stayed pending further order from the court on the motion for reconsideration.

---

[1]Docket No. 75.

[2]Docket No. 76.

1