| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 21 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| RAYMOND C. GIVENS, | No. 20-36064 |
| Plaintiff-Appellee, | D.C. No. 3:19-cv-00043-HRH |
| | District of Alaska, Anchorage |
| BUREAU OF TRUST FUNDS ADMINISTRATION, which on October 1, 2020, assumed responsibility for financial operations functions previously performed by the Office of the Special Trustee for American Indians, | ORDER |
| Appellant, | |
| v. | |
| WALLACE OENGA, | |
| Defendant. | |

Before: TALLMAN and NGUYEN, Circuit Judges.

Appellee's application for attorney's fees and costs under the Equal Access to Justice Act ("EAJA") (Docket Entry No. 26) is denied. *See* 28 U.S.C. § 2412(a)(1) (providing for the award of fees and costs to the prevailing party in a "civil action brought by or against the United States").

Appellant's motion to voluntarily dismiss this appeal (Docket Entry No. 22) is granted.

All other pending motions are denied as moot.

KWH/MOATT

**DISMISSED.**