RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone:(907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Plaintiff Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

| | |
|---|---|
| RAYMOND C. GIVENS, | |
|     Plaintiff, | |
| v. | |
| WALLACE OENGA, | |
|     Defendant. | Case No. 3:19-cv-00043-HRH |

**[PROPOSED] ORDER DENYING UNITED STATES'
MOTION FOR RELIEF FROM ORDERS**

The United States, having filed a motion for relief from the Court's orders[1];

Plaintiff Raymond C. Givens having opposed that motion; and the Court being fully

informed in the matter,

IT IS HEREBY ORDERED that the motion is DENIED.

---

[1] Docket No. 87.

*Raymond C. Givens v. Wallace Oenga,*
U.S. District Court for the District of Alaska,
Case No. 3:19-cv-00043-HRH
Page 1 of 2

DATED at Anchorage, Alaska, this ___ day of _____, 2023.

_____
United States District Judge

**Certificate of Service**

I hereby certify that a copy of the forgoing document was served on the attorneys listed under the Court's CM/ECF System.

_____*/s/ Russell L. Winner*_____
Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Raymond C. Givens v. Wallace Oenga,*
U.S. District Court for the District of Alaska,
Case No. 3:19-cv-00043-HRH